UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO

Douglas H Smith
16400 Marks Road
c/o Columbia Station, Ohio [44028]
Tel:440-846-1304
douglash@roadrunner.com

| | |
|---|---|
| DOUGLAS H SMITH<br>Plaintiff,<br><br>v.<br><br>KEYBANK,N.A., et al;<br><br>Defendant(s), | Court case# 1:14CV652<br><br>Judge Nugent |

7/3/14
Motion gtd w/out
objection or opposition.
Donald C. Nugent

## PLAINTIFF'S NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Douglas H Smith, Plaintiff, pursuant to Federal Rule of Civil Procedure 41 (a)(1), hereby voluntarily dismisses all Claims in this action without prejudice to all Defendants,

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) VOLUNTARY DISMISSAL.

(1) *By the Plaintiff.*

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or